UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re:<br>JUSTIN S. FARA | ) | BK No.: | 21-05434 |
| | ) | Chapter: | 7 |
| | ) | Honorable Timothy Barnes | |
| CHOP FOO, LLC | Debtor(s) ) | Adv. No.: | 21-00117 |
| JUSTIN S. FARA | Plaintiff(s) ) | | |
| | Defendant(s) ) | | |

**ORDER COMPELLING DISCOVERY RESPONSES**

This matter coming to be heard on Plaintiff Chop Foo, LLC's Motion to Compel Discovery Responses, it is hereby ordered that Defendant Justin S. Fara shall serve responses to Plaintiff's interrogatories and document requests on or before May 9, 2022.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 02, 2022

**Prepared by:**

Eversheds Sutherland (US) LLP
Timothy J. McCaffrey
Emily A. Robins
900 N. Michigan Ave., Suite 1000
Chicago, IL 60611
(312) 724-9006
timmccaffrey@eversheds-sutherland.com
emilyrobins@eversheds-sutherland.com