# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | May 23, 2022 |
| **Bankruptcy Case** | 21 B 05434 | **Adversary No.** | 21 A 00117 |
| **Title of Case** | Chop Foo, LLC v. Fara | | |

**Brief Statement of Motion**: Motion for Sanctions against Defendant (Docket #25)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Response on or before June 6, 2022.

If no response filed, the court will take the matter under advisement and rule at the continued hearing.

If Response filed Reply due on or before June 13, 2022.

Hearing continued to June 22, 2022 at 9:30 a.m. via Zoom for Government.

*[signed]*