# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | June 8, 2022 |
| **Bankruptcy Case No.** | 21 B 05434 | **Adversary No.** | 21 A 00117 |

**Title of Case**: Chop Foo, LLC v. Fara

**Brief Statement of Motion**: Adversary Complaint

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Discovery cut off extended to and including June 30, 2022.

Status hearing continued to June 22, 2022 at 9:30 a.m. Appear via Zoom.

/s/ Timothy A. Barnes