# Exhibit 1

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| CHOP FOO, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff/Judgment Creditor, | ) ) | Case No. 2020 L 005662 |
| v. | ) ) | |
| BJ CONSTRUCTION GROUP, LLC, an Illinois limited liability company, | ) ) ) | |
| Defendant/Judgment Debtor. | ) ) | |

## RULE TO SHOW CAUSE

**IT IS ORDERED** that Justin Fara, in his individual capacity and as corporate representative of Defendant/Judgment Debtor BJ Construction Group, LLC, shall appear before the Honorable Patrick J. Heneghan via Zoom (Meeting ID: 967 3454 1119; Passcode: 268697), on June 3, 2021 at 9:30 a.m., to show cause why he should not be held in civil contempt of court for his failure to comply with this Court's order dated March 18, 2021 to answer and respond to the Citations to Discover Assets served upon him as provided by law.

**IT IS FURTHER ORDERED** that Mr. Fara shall produce all books, papers, or records set forth in the Citation to Discover Assets issued to BJ Construction Group, LLC and the Citation to Discover Assets issued to Justin Fara to Counsel for Plaintiff/Judgment Creditor Chop Foo, LLC on or before June 3, 2021.

**IT IS FURTHER ORDERED** that Justin Fara be personally served a copy of this order.

Associate Judge Patrick J. Heneghan

APR 21 2021

ENTERED: _____

Circuit Court - 2155

**NOTICE: FAILURE TO APPEAR AS ORDERED BY THE COURT MAY RESULT IN A
FINDING OF CONTEMPT AND COURT ORDER FOR YOUR ARREST BY THE
SHERIFF.**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CHOP FOO, LLC,                                    )
an Illinois limited liability company,            )
                                                  )
            Plaintiff/Judgment Creditor,          )          Case No. 2020 L 005662
                                                  )
v.                                                )
                                                  )
BJ CONSTRUCTION GROUP, LLC,                       )
an Illinois limited liability company,            )
                                                  )
            Defendant/Judgment Debtor.            )

## RULE TO SHOW CAUSE

**IT IS ORDERED** that Justin Fara, as corporate representative of Defendant/Judgment Debtor BJ Construction Group, LLC and Citation Respondent Klasik Construction Inc., shall appear before the Honorable Patrick J. Heneghan via Zoom (Meeting ID: 967 3454 1119; Passcode: 268697), on September 2, 2021 at 10:30 a.m., to show cause why he should not be held in civil contempt of court for his failure to comply with this Court's order dated June 7, 2021 to answer and respond to the Citations to Discover Assets served upon him, as corporate representative, as provided by law.

**IT IS FURTHER ORDERED** that Mr. Fara shall produce all books, papers, or records set forth in the Citations to Discover Assets issued to BJ Construction Group, LLC and Klasik Construction Inc. to Counsel for Plaintiff/Judgment Creditor Chop Foo, LLC on or before August 18, 2021.

**IT IS FURTHER ORDERED** that Justin Fara be personally served a copy of this order.

ENTERED: _____

**NOTICE: FAILURE TO APPEAR AS ORDERED BY THE COURT MAY RESULT IN A FINDING OF CONTEMPT AND COURT ORDER FOR YOUR ARREST BY THE SHERIFF.**

**Prepared by:**
Timothy J. McCaffrey
Emily A. Robins
Eversheds Sutherland (US) LLP
900 N. Michigan Ave., Suite 1000
Chicago, Illinois 60611
(312) 724-9006
timmccaffrey@eversheds-sutherland.com
emilyrobins@eversheds-sutherland.com
Firm No. 64156

Associate Judge Patrick J. Heneghan

**JUL 28 2021**

Circuit Court - 2155

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CHOP FOO, LLC,<br>an Illinois limited liability company, | ) )<br>) | |
| Plaintiff/Judgment Creditor, | ) )<br>) | Case No. 2020 L 005662 |
| v. | ) )<br>) | |
| BJ CONSTRUCTION GROUP, LLC,<br>an Illinois limited liability company, | ) )<br>) )<br>) | |
| Defendant/Judgment Debtor. | ) | |

## ORDER

This cause coming to be heard on Chop Foo, LLC's Citation to Discover Assets to Defendant/Judgment Debtor BJ Construction Group, LLC, all parties having been given due notice, the court being fully advised in the premises and having jurisdiction over the parties and subject matter, **IT IS HEREBY ORDERED THAT:**

1. Justin Fara, as corporate representative for Defendant/Judgment Debtor BJ Construction Group, LLC and Third-Party Citation Respondent Klasik Construction Inc., is hereby held in civil contempt for failing to comply with the Citations; and

2. This matter is set for status on September 9, 2021, at 11:00 a.m. via Zoom as follows: Zoom ID: **967 3454 1119**; Password: **268697.**

ENTERED: _____

**Prepared by:**
Timothy J. McCaffrey
Emily A. Robins
Eversheds Sutherland (US) LLP
900 N. Michigan Ave., Suite 1000
Chicago, Illinois 60611
(312) 724-9006
timmccaffrey@eversheds-sutherland.com
emilyrobins@eversheds-sutherland.com
Firm No. 64156

Associate Judge Patrick J. Heneghan

SEP 0 8 2021

Circuit Court - 2155

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CHOP FOO, LLC, | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Plaintiff/Judgment Creditor, | ) | Case No. 2020 L 005662 |
| | ) | |
| v. | ) | |
| | ) | |
| BJ CONSTRUCTION GROUP, LLC, | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant/Judgment Debtor. | ) | |

### ORDER

This cause coming to be heard on Chop Foo, LLC's Citations to Discover Assets to Defendant/Judgment Debtor BJ Construction Group, LLC and Klasik Construction Inc., all parties having been given due notice, the court being fully advised in the premises and having jurisdiction over the parties and subject matter, **IT IS HEREBY ORDERED THAT**:

1.  Before September 30, 2021, Justin Fara, as corporate representative of BJ Construction Group, LLC and Klasik Construction Inc., shall sit for the first part of a multi-part examination. This examination shall be without restriction as to the matters or topics to be explored and is without limitation as to duration.

2.  This matter is set for status on October 14, 2021, at 10:30 a.m. via Zoom as follows: Zoom ID: **967 3454 1119**; Password: **268697.**

ENTERED: _____

Associate Judge Patrick J. Heneghan

SEP 13 2021

Circuit Court - 2155

**Prepared by:**
Timothy J. McCaffrey
Emily A. Robins
Eversheds Sutherland (US) LLP
900 N. Michigan Ave., Suite 1000
Chicago, Illinois 60611
(312) 724-9006
timmccaffrey@eversheds-sutherland.com
emilyrobins@eversheds-sutherland.com
Firm No. 64156

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT – LAW DIVISION
TAX AND MISCELLANEOUS REMEDIES SECTION

Chop Foo, LLC )
)
**Plaintiff(s),** )
)
vs. )   No. 2020 L 005662
)
BI Construction Group, LLC )
)
**Defendant(s).** )

**ORDER**

This matter comes before the Court upon the Rule to Show Cause issued against the defendant,

Justin Fara (for BI Construction) it appearing to the Court that defendant having been properly served,
Group, LLC

and the defendant having failed to appear in court on the date said Rule was returnable:

Justin Fara (for BI
IT IS ORDERED that defendant _____Construction Group, LLC_____ is held to be in contempt of Court.
IT IS FURTHER ORDERED that a writ of body attachment is issued against defendant.
IT IS FURTHER ORDERED that the sheriff is authorized to release defendant on:

$ 5,000 _____ cash bond

4210
9400
4289

To the Sheriff of said County, GREETINGS:

WE COMMAND YOU to take ___Justin Fara___ Respondent and safely keep, so that
you have the Respondent's body forthwith before the Honorable Heneghan
at Room 2503 located in the Richard J. Daley Center, Chicago, Illinois, to answer the People of the State of
Illinois for a Contempt of Court Order dated the _____ day of _____

Not to be executed on holidays or weekends. Sheriff is authorized to release upon the execution of $

5,000 _____ Cash bond returnable any court day at 9:30 a.m.

Associate Judge Patrick J. Heneghan

**SHERIFF: Notify attorney of bond number and court date.**

JAN 1 0 2022

Attorney code: 64156
Name: Eversheds Sutherland (US) LLP                                    Circuit Court - 2155
Attorneys for: Chop Foo, LLC    **ENTERED:** _____
Address 900 N. Michigan #1000                    Judge        Judge's No.
City, State: Chicago, IL
Telephone (312) 724-9006     (SEAL): _____

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| CHOP FOO, LLC,<br>an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff/Judgment Creditor, | )<br>)     Case No. 2020 L 005662<br>) |
| v. | )<br>) |
| BJ CONSTRUCTION GROUP, LLC,<br>an Illinois limited liability company, | )<br>)<br>) |
| Defendant/Judgment Debtor. | )<br>) |

## ORDER

This cause coming to be heard on Chop Foo, LLC's Citations to Discover Assets to Defendant/Judgment Debtor BJ Construction Group, LLC and Klasik Construction Inc., all parties having been given due notice, the court being fully advised in the premises and having jurisdiction over the parties and subject matter, **IT IS HEREBY ORDERED THAT:**

*4253*

1. Mr. Fara, on behalf of BJ Construction Group, LLC, shall provide Plaintiff's Counsel with access to BJ Construction Group, LLC's Quick Books account on or before April 8, 2022;

   *4250*

2. Mr. Fara shall appear for a citation examination at 10:00 a.m. on April 14, 2022 at the offices of Plaintiff's Counsel; and

   *4218*
   *9405*

3. This matter is continued to May 3, 2022, at 11:00 a.m. via Zoom as follows: Zoom ID: **967 3454 1119**; Password: **268697.**

   *4806*

ENTERED: _____ Associate Judge Patrick J. Heneghan

APR 0 5 2022

Circuit Court - 2155

**Prepared by:**
Timothy J. McCaffrey
Emily A. Robins
Eversheds Sutherland (US) LLP
900 N. Michigan Ave., Suite 1000
Chicago, Illinois 60611
(312) 724-9006
timmccaffrey@eversheds-sutherland.com
emilyrobins@eversheds-sutherland.com
Firm No. 64156