# Exhibit 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| CHOP FOO, LLC | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Bankruptcy Case No. | 21-05434 |
| | ) | | |
| | ) | Adversary No. | 21ap00117 |
| JUSTIN FARA, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**DEFENDANT JUSTIN FARA'S RESPONSES TO PLAINTIFF CHOP FOO LLC'S INTERROGATORIES & REQUESTS FOR PRODUCTION**

Defendant JUSTIN FARA, by and through his attorneys, The Gunderson Law Firm, LLC., and in response to Requests for Production submitted by Plaintiff Chop Foo, LLC, pursuant to Rule 33 of the Federal Rules of Civil Procedure and Bankruptcy Rule 7033, responds as follows:

**GENERAL OBJECTIONS**

1. Defendant objects to each instruction, definition, document request, and interrogatory to the extent that it purports to impose any requirement or discovery obligation greater than or different from those under the Federal Rules of Civil Procedure, the Bankruptcy Rules and the applicable Rules and Orders of the Court.

2. Defendant objects to each document request and interrogatory that is overly broad, unduly burdensome, or not reasonably calculated to lead to the discovery of admissible evidence.

3. Defendant objects to each instruction, definition, document request, and interrogatory as overbroad and unduly burdensome to the extent it seeks documents or information that are readily or more accessible to Plaintiff from Plaintiff's own files, from documents or information in Plaintiff's possession, or from documents or information that Defendant previously produced to Plaintiff. Responding to such requests and interrogatory would be oppressive, unduly burdensome, and unnecessarily expensive, and the burden of responding to such requests and interrogatory is substantially the same or less for Plaintiff as for Defendant. This objection encompasses, but is not limited to, documents and answers to interrogatories previously

produced by Defendant to Plaintiff in the course of Plaintiff's State Court case against Defendant, all correspondence between the Plaintiff and Defendant, all other information provided by Defendant to Plaintiff, and all information produced by Plaintiff to Defendant in response to discovery requests of Defendant. All such documents and information will not be produced.

4. Defendant's document requests and interrogatory call for the production of documents and information that were produced to the Plaintiff by other entities and that may contain confidential, proprietary, or trade secret information.

5. Defendant incorporates by reference every general objection set forth above into each specific response set forth below. A specific response may repeat a general objection for emphasis or some other reason. The failure to include any general objection in any specific response does not waive any general objection to that request. Moreover, Defendant does not waive its right to amend its responses.

## INTERROGATORIES

### INTERROGATORY #1

Identify the amount, date, and recipient of each expenditure for materials or labor You or BJ Construction made pursuant to the Contract.

**ANSWER:**   See the attached "EXHIBIT A."

### INTERROGATORY #2

Identify all individuals responsible for overseeing BJ Construction's work at the Property, and for each individual provide: (1) their name; (2) their current address; (3) the time period in which they oversaw the work at the Property; (4) their responsibilities during that time period; and (5) their compensation.

**ANSWER:**   See the attached "EXHIBIT B."

### INTERROGATORY #3

Identify the amount and date of each payment, commission, or other funds You personally received from the money paid by Plaintiff to BJ Construction pursuant to the Contract.

**ANSWER:** No funds were directly received by myself from the project. Funds from the project were deposited into the business account. The business infrequently paid me via payroll or owner draw.

**INTERROGATORY #4**

Identify and describe the source of the $65,400.00 deposited in PNC Bank Business Checking Account 46-3924-1727, in the name of Klasik Construction Inc., in January 2021.

**ANSWER:** These funds break down as follows:
- i) $15,000 owner contribution.
- ii) $20,000 payment toward project at 5650 W. Grace Chicago, IL.
- iii) $27,500 deposit from Client for project at 680 N Lakeshore Drive Chicago, IL.

**REQUESTS FOR PRODUCTION**

**DOCUMENT REQUEST NO. 1:**

*All documents, including communications, evidencing, relating to, or referring to the Contract and the work performed by BJ Construction at the Property.*

**RESPONSE TO DOCUMENT REQUEST NO. 1:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

**DOCUMENT REQUEST NO. 2**:

*All documents evidencing, relating to, or referring to the finances of BJ Construction from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 2:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

**DOCUMENT REQUEST NO. 3:**

*All documents evidencing, relating to, or referring to the finances of BJ Construction from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 3:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has no responsive documents in its possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 4:**

*All documents evidencing, relating to, or referring to any transfers of money or other assets from BJ Construction to You from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 4:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 5:**

*All documents evidencing, relating to, or referring to any transfers of money or other assets from BJ Construction to Amber Pecora Fara from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 5:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 6:**

*All documents evidencing, relating to, or referring to any transfers of money or other assets from BJ Construction to Klasik Construction Inc. from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 6:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 7:**

*All invoices received by BJ Construction from anyone who performed work or provided materials for the work contemplated by the Contract.*

**RESPONSE TO DOCUMENT REQUEST NO. 7:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 8:**

*All accounts receivable records of BJ Construction from January 1, 2018 to the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 8:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 9:**

*All payroll records of BJ Construction, its officers or employees, from January 1, 2018 to the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 9:**

Defendant objects to this request as duplicative and burdensome to the extent that it calls for documents already produced to Plaintiff in State Court Litigation. Documents already produced will not be produced again.

Subject to the above objections, Defendant has suplemented his previous document production and has no other documents in his possession, custody, or control, other than those that have

already been produced to Plaintiff and those being produced in deposition testimony in the parties State Court Litigation.

**DOCUMENT REQUEST NO. 10:**

*All documents evidencing, relating to, or referring to the finances of BJ Construction from January 1, 2018 through the present.*

**RESPONSE TO DOCUMENT REQUEST NO. 10:**

Plaintiff further objects to this request as duplicative, overbroad, and burdensome even if the term "source of revenue" were construed more narrowly to include only Plaintiffs business that was the subject of the underlying dispute. Even so construed, the request is duplicative, overbroad, and burdensome to the extent that it calls for documents already produced to Defendant. Documents already produced will not be produced again.

Subject to and without waiver of the foregoing objections, Plaintiff will produce the documents responsive to this request that have not already been produced.

                         **JUSTIN FARA**

By:    /s/ Michael Jeffrey Gunderson
           The Gunderson Law Firm, LLC
           2155 West Roscoe Street
           Chicago, Illinois 60618
           (312) 600-5000 (PH)
           (312) 600-5555 (FX)
           mgunderson@gundersonfirm.com

**EXHIBIT A**

**Payments (exported on Mon, Mar 8, 2022)**

| Job | Bill/PO Title | Pay To | Payment Amount | Invoice Date | Status | Date Paid | Paid By |
|---|---|---|---|---|---|---|---|
| 1560 N. Damen | Scaffolding | Ignacio Abad | $8,460.00 | 7/13/2019 | Paid | 1/28/2020 | Justin Fara |
| 1560 N. Damen | Roofing Materials | Menards | $233.22 | 10/7/2019 | Paid | 10/7/2019 | Justin Fara |
| 1560 N. Damen | Roofing Material | Discount Roofing Material | $1,142.57 | 10/2/2019 | Paid | 10/2/2019 | Dion Hickles |
| 1560 N. Damen | Waste/Garbage Removal | Platinum Hands Contracto | $1,337.50 | 7/30/2019 | Paid | 8/9/2019 | Masha Spivak |
| 1560 N. Damen | Waste/Garbage Removal | Platinum Hands Contracto | $1,337.50 | 7/3/2019 | Paid | 7/18/2019 | Masha Spivak |
| 1560 N. Damen | Roofing Material | Discount Roofing Material | $138.52 | 7/2/2019 | Paid | 7/3/2019 | Justin Fara |
| 1560 N. Damen | Roofing Material | Menards | $9.24 | 7/2/2019 | Paid | 7/3/2019 | Justin Fara |
| 1560 N. Damen | Hardwood Flooring | Mike's Hardwood Flooring | $7,000.00 | 7/2/2019 | Paid | 7/2/2019 | Masha Spivak |
| 1560 N. Damen | Framing | Menards | $250.75 | 7/1/2019 | Paid | 7/1/2019 | Justin Fara |
| 1560 N. Damen | Roofing | Ignacio Abad | $4,300.00 | 6/20/2019 | Paid | 6/28/2019 | Justin Fara |
| 1560 N. Damen | Roofing | Ignacio Abad | $2,500.00 | 6/17/2019 | Paid | 6/17/2019 | Dion Hickles |
| 1560 N. Damen | Framing | Home Depot | $72.40 | 6/12/2019 | Paid | 6/13/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $67.09 | 6/10/2019 | Paid | 6/10/2019 | Masha Spivak |
| 1560 N. Damen | Roofing Materials | Home Depot | $709.42 | 6/5/2019 | Paid | 6/5/2019 | Masha Spivak |
| 1560 N. Damen | Floor Leveling (2nd Floor) | Wayne Lawson | $1,400.00 | 6/4/2019 | Paid | 6/4/2019 | Justin Fara |
| 1560 N. Damen | Demo and Framing | Platinum Hands Contracto | $1,965.00 | 6/3/2019 | Paid | 6/26/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $160.08 | 5/24/2019 | Paid | 5/24/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $134.00 | 5/20/2019 | Paid | 5/20/2019 | Masha Spivak |
| 1560 N. Damen | Damen Post Remodeling Clean-U | Reyes Cleaning | $350.00 | 5/18/2019 | Paid | 5/22/2019 | Dion Hickles |
| 1560 N. Damen | Rough Plumbing | A1 Plumbing System Inc | $3,650.00 | 5/15/2019 | Paid | 9/10/2019 | Dion Hickles |
| 1560 N. Damen | Lumber | Home Depot | $97.79 | 5/13/2019 | Paid | 5/13/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $16.26 | 5/9/2019 | Paid | 5/9/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $116.75 | 5/8/2019 | Paid | 5/8/2019 | Masha Spivak |
| 1560 N. Damen | Lumber | Home Depot | $222.33 | 5/6/2019 | Paid | 5/6/2019 | Masha Spivak |
| 1560 N. Damen | Plywood | Home Depot | $321.04 | 5/2/2019 | Paid | 5/2/2019 | Michael Langridge |
| 1560 N. Damen | Plywood | Home Depot | $321.04 | 4/25/2019 | Paid | 4/25/2019 | Michael Langridge |
| 1560 N. Damen | Plywood | Evanston Lumber | $478.81 | 4/25/2019 | Paid | 4/25/2019 | Masha Spivak |
| 1560 N. Damen | Roofing Materials | Home Depot | $314.53 | 4/12/2019 | Paid | 4/12/2019 | Masha Spivak |
| 1560 N. Damen | Site Cleaning Materials | CE Construction | $165.31 | 3/26/2019 | Paid | 3/26/2019 | Tomer Blackburn |
| 1560 N. Damen | Dumpsters Reimbursement | CE Construction | $5,625.00 | 3/26/2019 | Paid | 3/26/2019 | Tomer Blackburn |
| 1560 N. Damen | Rough Plumbing | A1 Plumbing System Inc | $3,200.00 | 3/22/2019 | Paid | 3/25/2019 | Tomer Blackburn |
| 1560 N. Damen | Rough Plumbing | A1 Plumbing System Inc | $6,000.00 | 2/22/2019 | Paid | 4/8/2019 | Tomer Blackburn |
| 1560 N. Damen | Bolts | Home Depot | $440.56 | 2/20/2019 | Paid | 2/20/2019 | Tomer Blackburn |
| 1560 N. Damen | Demo stuff | Home Depot | $202.29 | 1/15/2019 | Paid | 2/7/2019 | Kathy Vellios |
| 1560 N. Damen | Framing | CE Construction | $8,750.00 | 1/14/2019 | Paid | 1/14/2019 | Tomer Blackburn |
| 1560 N. Damen | Framing Materials | Home Depot | $269.65 | 1/9/2019 | Paid | 1/9/2019 | Tomer Blackburn |
| 1560 N. Damen | Fasteners | Home Depot | $712.82 | 1/9/2019 | Paid | 1/9/2019 | Tomer Blackburn |
| 1560 N. Damen | Wood | Evanston Lumber | $1,269.00 | 1/4/2019 | Paid | 1/17/2019 | Kathy Vellios |

| Property | Item | Vendor | Amount | Date | Status | Date2 | Name |
|---|---|---|---|---|---|---|---|
| 1560 N. Damen | Wood | Evanston Lumber | $1,686.45 | 12/13/2018 | Paid | 12/20/2018 | Kathy Vellios |
| 1560 N. Damen | Framing | CE Construction | $3,500.00 | 12/6/2018 | Paid | 12/6/2018 | Tomer Blackburn |
| 1560 N. Damen | Roofing | Ignacio Abad | $5,900.00 | 12/1/2018 | Paid | 3/26/2019 | Tomer Blackburn |
| 1560 N. Damen | Rought HVAC | Universal Refrigeration | $11,000.00 | 11/29/2018 | Paid | 2/1/2019 | Tomer Blackburn |
| 1560 N. Damen | Framing Materials | Evanston Lumber | $1,868.68 | 11/21/2018 | Paid | 11/21/2018 | Tomer Blackburn |
| 1560 N. Damen | Permits | Chicago City Hall | $150.00 | 11/20/2018 | Paid | 11/20/2018 | Tomer Blackburn |
| 1560 N. Damen | Wood | Home Depot | $471.19 | 11/19/2018 | Paid | 12/6/2018 | Kathy Vellios |
| 1560 N. Damen | Framing Materials | Home Depot | $504.06 | 11/14/2018 | Paid | 11/14/2018 | Tomer Blackburn |
| 1560 N. Damen | Wood | Evanston Lumber | $2,802.05 | 11/14/2018 | Paid | 11/15/2018 | Kathy Vellios |
| 1560 N. Damen | Wood | Home Depot | $807.74 | 11/13/2018 | Paid | 12/6/2018 | Kathy Vellios |
| 1560 N. Damen | Demo | CE Construction | $8,000.00 | 10/30/2018 | Paid | 11/2/2018 | Tomer Blackburn |
| 1560 N. Damen | Trash bags | Home Depot | $35.25 | 10/16/2018 | Paid | 10/16/2018 | Tomer Blackburn |
| 1560 N. Damen | Lumber | Home Depot | $137.20 | 5/8/2018 | Paid | 5/8/2018 | Tomer Blackburn |
| 1560 N. Damen | Rough Electrical | Brisko Electric | $5,000.00 | 11/29/2018 | Void | 11/29/2018 | Tomer Blackburn |
| 1560 N. Damen | Demolition | CE Construction | $9,750.00 | 10/22/2018 | Void | 11/29/2018 | Tomer Blackburn |

**EXHIBIT B**

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Pay Frequency:** | Semimonthly | | | | | | | | | |
| **Blackburn, Tomer**<br>1400 N Paulina Street<br>Chicago, IL 60622<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2708.33<br>SSN: ▓▓▓▓▓▓<br>Hire Date: 6/5/2017<br>Birth Date: ▓▓▓▓▓▓<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Misc reimbursement non-taxable | 9,351.76<br>7,701.76<br>1,650.00<br>395.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>IL SIT | Single/00<br><br><br>NA/00 | 1,449.04<br>579.81<br>135.60<br>462.91 | Advance | | 500.00 | Check |
| **Fara, Justin**<br>2930 N Sheridan Rd<br>#405<br>Chicago, IL 60657<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2500.00<br>SSN: ▓▓▓▓▓▓<br>Hire Date: 3/1/2018<br>Birth Date: ▓▓▓▓▓▓<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular | 7,409.66<br>7,409.66 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>IL SIT | Single/00<br><br><br>NA/00 | 1,007.93<br>459.40<br>107.44<br>366.78 | | | | Check |
| **Hickles, Dion**<br>7741 S Chappel Ave<br>Chicago, IL 60649<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2083.00<br>SSN: ▓▓▓▓▓▓<br>Hire Date: 4/8/2019<br>Birth Date: ▓▓▓▓▓▓<br>Status: Active<br>Emp Type: Full time | | | | FIT<br>IL SIT | Single/1<br>NA/1 | 0.00<br>0.00 | | | | |
| **Langridge, Michael W**<br>2324 W Winnemac<br>Chicago, IL 60625<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2229.16<br>SSN: ▓▓▓▓▓▓<br>Hire Date: 7/1/2015<br>Birth Date: ▓▓▓▓▓▓<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Misc reimbursement non-taxable | 6,685.65<br>6,685.65<br>119.69 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>IL SIT | Single/3<br><br><br>NA/3 | 532.04<br>414.51<br>96.94<br>289.03 | | | | Check |

Company: BJ Construction Group LLC    1 of 2    Date Printed: 08/01/2019 12:32
Year: 2019, Quarter: 3                              24625077 - K6/HDN

**Employee Summary**

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Pecora, Amber M** <br> 2930 N Sheridan Rd <br> Apt 405 <br> Chicago, IL 60657 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 1100.00 <br> SSN: ▮▮▮ <br> Hire Date: 1/1/2018 <br> Birth Date: ▮▮▮ <br> Status: Active <br> Emp Type: Full time | Gross <br> Regular | 3,299.15 <br> 3,299.15 | 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> IL SIT | Single/00 <br><br><br> NA/00 | 314.65 <br> 204.55 <br> 47.84 <br> 163.31 | | | | Check |
| **Spivak, Michelle** <br> 2913 North Kedzie Avenue <br> Apt 1 <br> Chicago, IL 60618 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 1729.16 <br> SSN: ▮▮▮ <br> Hire Date: 11/12/2018 <br> Birth Date: ▮▮▮ <br> Status: Active <br> Emp Type: Full time | Gross <br> Regular <br> Misc reimbursement non-taxable | 4,140.21 <br> 4,140.21 <br> 219.90 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> IL SIT | Single/1 <br><br><br> NA/1 | 352.58 <br> 256.69 <br> 60.03 <br> 190.97 | | | | Check |
| **Pay Frequency Totals:** | Semimonthly <br> Gross <br> Regular <br> Bonus <br> Misc reimbursement non-taxable | $30,886.43 <br> $29,236.43 <br> $1,650.00 <br> $734.59 | | FIT <br> 0.00 SOCSEC <br> 0.00 MEDCARE <br> 0.00 IL SIT | | $3,656.24 <br> $1,914.96 <br> $447.85 <br> $1,473.00 | Advance | | $500.00 | |
| **Total Employees -** Semimonthly: 6 | | | | | | | | | | |
| **Company Totals:** | Gross <br> Regular <br> Bonus <br> Misc reimbursement non-taxable | $30,886.43 <br> $29,236.43 <br> $1,650.00 <br> $734.59 | | FIT <br> 0.00 SOCSEC <br> 0.00 MEDCARE <br> 0.00 IL SIT | | $3,656.24 <br> $1,914.96 <br> $447.85 <br> $1,473.00 | Advance | | $500.00 | |
| **Total Active Employees -** Company: 6 | | | | | | | | | | |
| **Total Employees -** Company: 6 | | | | | | | | | | |